MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HEATHER M. MELTON (CABN 260870)
Special Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: heather.melton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARCIAL GONZALES VASQUEZ,<br><br>    Defendant. | No. CR 12-00127 EMC<br><br>[PROPOSED] ORDER EXCLUDING TIME FROM JUNE 6, 2012 TO JULY 18, 2012. |

The defendant, MARCIAL GONZALES VASQUEZ, represented by JODI LINKER, Assistant Federal Public Defender, and the government, represented by HEATHER M. MELTON, Special Assistant United States Attorney, appeared before the Court on June 6, 2012. Defense counsel requested a continuance of the matter until July 18, 2012.

The matter was continued to July 18, 2012 at 2:30 p.m. for further status. Defense counsel requested that time be excluded under the Speedy Trial Act between June 6, 2012 and July 18, 2012, in order to review the discovery in this case. The government had no objection to excluding time.

Case No. 12-00127 EMC
[Proposed] Order Excluding Time

1    Based upon the representations of counsels and for good cause shown, the Court finds
2 that failing to exclude the time between June 6, 2012 and July 18, 2012 would deny the parties
3 continuity of counsel and would unreasonably deny defense counsel the reasonable time
4 necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.
5 § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the
6 time between June 6, 2012 to July 18, 2012 from computation under the Speedy Trial Act
7 outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS
8 HEREBY ORDERED that the time between June 6, 2012 and July 18, 2012 shall be excluded
9 from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: __June 14, 2012__          _____
                                   HON. EDWARD M. CHEN
                                   United States District Judge



Case No. 12-00127 EMC
[Proposed] Order Excluding Time          -2-