1  STEVEN G. KALAR
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5  Telefacsimile: (415) 436-7706

6  Counsel for Defendant VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-12-0127 EMC |
|---|---|
| Plaintiff, | ) STIPULATION AND [P~~ROPOS~~ED] ORDER TO CONTINUE SENTENCING |
| v. | ) HEARING |
| MARCIAL VASQUEZ, | ) |
| Defendant. | ) |

The parties jointly request that, subject to the Court's approval, the sentencing hearing presently set for October 31, 2012 be continued to November 7, 2012 at 2:30 pm.

On July 18, 2012, defendant Marcial Vasquez pleaded guilty to one count of theft of government property in violation of 18 U.S.C. § 641 pursuant to a plea agreement with the government. At that time, the Court scheduled October 31, 2012 for the sentencing hearing. Unfortunately, defense counsel is no longer available for the sentencing hearing at that time.

///

///

///

///

*US v. Vasquez,* CR-12-0127 EMC;
STIP & [PROPOSED] ORD. TO CONTINUE         1

Accordingly, the parties jointly request that the sentencing hearing be continued to November 7, 2012 at 2:30 pm. The United States Probation Officer assigned to this case has no objection to this request.

IT IS SO STIPULATED.

<pre>
 October 15, 2012                          /s/
DATED                              HEATHER MELTON
                                   Special Assistant United States Attorney


 October 15, 2012                          /s/
DATED                              JODI LINKER
                                   Assistant Federal Public Defender
</pre>

IT IS SO ORDERED.

<pre>
 October 17, 2012
DATED                              EDWARD M. CHEN
                                   United States District Judge
</pre>

IT IS SO ORDERED

Judge Edward M. Chen